UNITED STATES DISTRICT COURT    PRIORITY SEND
CENTRAL DISTRICT OF CALIFORNIA    JS-6

CIVIL MINUTES -- GENERAL

Case No.    **CV 11-4582-JFW (PJWx)**    Date:  July 8, 2011

Title:    Hee J. Kim -v- Deutsche Bank National Trust Company, et al.

**PRESENT:**

HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**    **ATTORNEYS PRESENT FOR DEFENDANTS:**
None    None

**PROCEEDINGS (IN CHAMBERS):**    **ORDER DISMISSING ACTION WITHOUT PREJUDICE**

As a result of the parties' failure to file the Joint Rule 26(f) Report and ADR Program Questionnaire as required by the Court's Order of June 3, 2011, this action is hereby **DISMISSED without prejudice**. The Scheduling Conference, currently on calendar for July 18, 2011, is **VACATED**. *See* Fed. R. Civ. P. 41(b); *see also Yourish v. California Amplifier*, 191 F.3d 983, 986-88 (9th Cir. 1999); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992).

IT IS SO ORDERED.